UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY ALLAN SNOWDEN II    MDOC # 667791

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

BARRY COUNTY JAIL
DR. ANDREW MESSENGER
DR. WALTER ALBRECHT
JUDGE MICHEAL SCHIPPER

**FILED - GR**
December 10, 2021 12:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW    SCANNED BY: KB /12/13

**1:21-cv-1046**
**Phillip J. Green**
**U.S. Magistrate Judge**

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

2. Is the action still pending?    Yes ☐ No ☒
   a. If your answer was no, state precisely how the action was resolved: DISMISSED BY THE COURT

3. Did you appeal the decision? Yes ☐ No ☒
4. Is the appeal still pending? Yes ☐ No ☐
   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒
   a. If so, explain: _____

- 2 -    (W.D. Mich. Form – Last Revised: September 2021)

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff JEFFREY ALLAN SNOWDEN II

Place of Present Confinement BARRY COUNTY JAIL

Address 1212 W. STATE ST. HASTINGS, MI 49058

Place of Confinement During Events Described in Complaint BARRY COUNTY JAIL

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 BARRY COUNTY JAIL
Position or Title COUNTY JAIL
Place of Employment BARRY COUNTY JAIL
Address 1212 W. STATE ST. HASTINGS, MI 49058
Official and/or personal capacity? OFFICIAL

Name of Defendant #2 DR. ANDREW MESSENGER
Position or Title JAIL PHYSICIAN
Place of Employment BARRY COUNTY JAIL
Address 1212 W. STATE ST. HASTINGS, MI 49058
Official and/or personal capacity? OFFICIAL

Name of Defendant #3 DR. WALTER ALBRECHT
Position or Title JAIL PHYSICIAN
Place of Employment BARRY COUNTY JAIL
Address 1212 W. STATE ST. HASTINGS, MI 49058
Official and/or personal capacity? OFFICIAL

Name of Defendant #4 MICHEAL SCHIPPER
Position or Title BARRY COUNTY DISTRICT JUDGE
Place of Employment BARRY COUNTY DISTRICT COURT
Address 206 W. COURT ST. HASTINGS, MI 49058
Official and/or personal capacity? OFFICIAL

Name of Defendant #5 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

DENIAL OF ADEQUATE MEDICAL CARE

DUE TO THE LENGTH OF MY STATEMENT I CHOSE TO WRITE THE ENTIRE CLAIM ON EXTRA SHEETS OF PAPER WHICH I HAVE INCLUDED WITH THIS FILING.

*NOTE FOR THE JUDGE:

ON NOVEMBER 30th, 2021 I SENT A REQUEST VIA THE COBRA RESIDENT KIOSK HERE IN BARRY COUNTY JAIL TO JAIL STAFF ASKING FOR COPIES OF THE ELECTRONIC KITES BETWEEN MEDICAL STAFF AND MYSELF. I PLANNED TO INCLUDE THEM AS SUPPORTING EVIDENCE. MY REQUEST WAS DENIED AND I WAS TOLD THAT I WOULD HAVE TO FILE A F.O.I.A REQUEST FORM UPON MY RELEASE IF I WANTED THE COPIES.

12/06/2021

On September 10th, 2020 I, Jeffrey Allan Snowden II, was arrested and detained at Barry County Jail in Hastings, MI. After requesting a trial by jury, Judge Micheal Schipper ordered that I be evaluated for competency even though I strongly objected. As I waited for the evaluation on November 6th, 2020 I was held without bond. After being evaluated, Judge Schipper determined that I was incompetent and ordered my transfer to Kalamazoo Psychiatric Hospital.

Once I arrived at the hospital, I was evaluated and placed under the care of Dr. Tatini, who is a state employed psychiatrist. Over a period of six months I was diagnosed with Bi-Polar Disorder, Post Traumatic Stress Disorder, Major Depressive Disorder and Attention Deficit Disorder. At that time I was prescribed the following medications: 450 mg Wellbutrin, 300 mg Lithium Instant Release, 900 mg Lithium Extended Release, 400 mg Seroquel Instant Release, and 20 mg Adderall Extended Release. It was only after being

STABILIZED ON THESE MEDICATIONS THAT I WAS DETERMINED TO BE COMPETENT TO STAND TRIAL.

ON MAY 26th, 2021 I WAS RETURNED TO BARRY COUNTY JAIL UNDER STRICT ORDERS FROM DR. TATINI THAT I CONTINUE TAKING ALL MEDICATIONS HE PRESCRIBED IN ORDER TO REMAIN COMPETENT TO STAND TRIAL. I WAS PROVIDED WITH ALL MEDICATIONS WITHOUT INCIDENT UNTIL MY RELEASE ON JULY 22nd, 2021. UPON MY RELEASE I WAS ORDERED BY JUDGE SCHIPPER TO CONTINUE TAKING ALL MEDICATIONS TO BE COMPLIANT WITH THE TERMS OF MY PROBATION.

ON SEPTEMBER 22nd, 2021 I WAS AGAIN ARRESTED AND DETAINED AT BARRY COUNTY JAIL. UPON BEING DETAINED, I REQUESTED THAT I BE PROVIDED WITH ALL THE MEDICATIONS I WAS ORDERED TO TAKE TO REMAIN COMPLIANT WITH THE TERMS OF MY PROBATION AND COMPETENT TO STAND TRIAL. I INFORMED THE STAFF THAT I PLANNED TO TAKE THE NEW CHARGES TO TRIAL AND THAT I WAS AFRAID JUDGE SCHIPPER WOULD SEND ME BACK TO THE HOSPITAL FOR BEING INCOMPETENT TO STAND TRIAL. AFTER A DAY OR SO

I WAS PROVIDED WITH ALL MEDICATIONS WITH THE EXCEPTION OF THE 900MG LITHIUM EXTENDED RELEASE AND THE ADDERALL 20MG EXTENDED RELEASE.

FOR THE NEXT SEVEN DAYS I WAS LEFT IN THE DRUNK TANK WITHOUT ANY WAY TO LET STAFF KNOW ABOUT THE MISSING MEDICATIONS. ON SEPTEMBER 29th, 2021 I WAS MOVED TO THE GENERAL POPULATION WHERE I WAS ABLE TO ACCESS THE COBRA RESIDENT KIOSK AND KITE THE MEDICAL STAFF TO INFORM THEM OF THE DISCREPANCIES. ON OR ABOUT OCTOBER 2nd, 2021 I WAS FINALLY SEEN BY THE JAIL NURSE TO WHICH I EXPLAINED THE MISSING MEDICATIONS AND WHY IT WAS NOT JUST IMPORTANT BUT NECESSARY THAT I BE GIVEN ALL PRESCRIBED MEDICATIONS AS IT WAS CONDITIONAL TO MY BEING COMPETENT TO STAND TRIAL.

IT WAS AT THIS TIME THAT I ALSO INFORMED THE NURSE OF THE COURT ORDERED CONDITIONS OF MY PROBATION. I EXPLAINED TO THE NURSE THAT I WAS REQUIRED TO REMAIN COMPLIANT WITH THE TERMS OF MY PROBATION REGARDLESS OF THE FACT THAT I WAS IN JAIL AND THAT I COULD BE GIVEN A VIOLATION IF JUDGE SCHIPPER FOUND OUT THAT I WASN'T

TAKING ALL PRESCRIBED MEDICATIONS. GIVEN JUDGE SCHIPPER'S EXTREME BIAS TOWARDS ME THROUGHOUT THIS ENTIRE ORDEAL, THIS WAS THE SOURCE OF EXCESSIVE AND UNDUE FEAR FOR MYSELF AS THE SITUATION WAS COMPLETELY OUT OF MY CONTROL.

    THE NURSE WAS ACCOMODATING AND MADE THE CORRECTION TO THE LITHIUM AFTER CONFIRMING WITH THE PHARMACY THAT IT HAD BEEN PRESCRIBED DURING MY PREVIOUS DETENTION AT BARRY COUNTY JAIL. THE NURSE ALSO CONFIRMED THAT I HAD BEEN PRESCRIBED THE ADDERALL AND EXPLAINED TO ME THAT, DUE TO THE CLASSIFICATION OF THE DRUG, THE PHARMACY REQUIRED A HAND-WRITTEN PRESCRIPTION FROM THE DOCTOR. I WAS INFORMED THAT THE NURSE WOULD CALL THE DOCTOR THAT AFTERNOON AND ASK HIM TO SEND THE PROPER PRESCRIPTION TO THE PHARMACY.

    I WAITED FOR THE SITUATION TO BE REMEDIED BUT AFTER A WEEK PASSED BY WITHOUT ANY CHANGE, ON OCTOBER 9th, 2021 I SENT A KITE TO MEDICAL TO REMIND THE DOCTOR THAT I STILL HAD NOT BEEN GIVEN ALL PRESCRIBED MEDICATIONS. THE NURSE REPLIED WITH THE SAME HAND-WRITTEN PRESCRIPTION EXPLANATION. AT THIS TIME, I STILL HAD NOT BEEN SEEN BY

the doctor. I continued to wait patiently even as the symptoms of my untreated mental illness began to take hold.

As I became unable to concentrate on my case and started experiencing impulse control problems, the fear of being sent to the psychiatric hospital became unbearable. I started having disturbing nightmares of being sent to prison for failing to comply with the terms of my probation and would often wake up in cold sweat. On October 13th, 2021 I sent another kite to medical to remind them of the issue and tell them about the symptoms I was experiencing. I was given the same story about the hand-written prescription.

By October 21st, 2021 I was still being deprived of my mental health medications and had yet to be seen by the jail physician. Again I sent a kite to medical to remind them of the situation. I was informed that a doctor would be present that weekend as the jail lacks 24 hour medical care. On October 24th, 2021 I was finally seen by Dr. Walter Albrecht after being detained for over a month. He checked

my weight and vitals and then asked why I wanted to see him as if he was unaware of the month long list of kites I had sent him.

When I told him about the problem with my mental health medication and that I asked to see him to get the prescription filled, he very sternly replied "Well, it's not going to." He was very condescending and even after I explained to him that there was a court order involved he continued to refuse and told me to get another doctor to sign it. I began to plead with him to understand my situation but he only started to shout at me. At this time the sergeant on duty intervened.

Once the issue with Dr. Albrect had calmed down I was informed that there was a different jail physician named Dr. Andrew Messenger. I was also told that Dr. Messenger held the medical liscense for the jail but that he very rarely came to the jail to see inmates. I was assured he would be informed and that the problem would be resolved. At that time I requested to see Dr. Messenger and was told I would

BE ABLE TO SEE HIM AS SOON AS POSSIBLE DUE TO THE SERIOUSNESS OF THE SITUATION.

ON NOVEMBER 1ST, 2021 I STILL HAD NOT BEEN SEEN BY DR. MESSENGER AND THE PROBLEM WITH MY MENTAL HEALTH MEDICATION WAS STILL UNRESOLVED. I SENT ANOTHER KITE TO MEDICAL EMPHASIZING THE IMPORTANCE OF THE ISSUE AS I HAD A COURT HEARING COMING UP WITHIN THE WEEK. ONCE AGAIN I WAS MET WITH THE REPLY OF "THE DOCTOR STILL NEEDS TO SIGN." IT WAS AT THIS TIME THAT I LET MY PUBLIC DEFENDANT, SHANE HENRY, KNOW WHAT WAS HAPPENING. I ASKED HIM TO HAVE JUDGE SCHIPPER INTERVENE.

ON NOVEMBER 3RD, 2021 I FINALLY HAD ENOUGH AND FILED A GRIEVANCE WITH THE JAIL. THE REPLY TO THE GRIEVANCE WAS THAT I NEEDED TO KITE MEDICAL ABOUT THE PROBLEM. AT THIS POINT I BECAME SEVERELY DISTRESSED AND DISCOURAGED BECAUSE IT FELT LIKE THERE WAS NO OPTIONS LEFT FOR HELP SO LONG AS I WAS A PRISONER AT BARRY COUNTY JAIL. I HAD DONE EVERYTHING I HAD BEEN INSTRUCTED TO DO BY JAIL STAFF WITH NO RESOLUTION. I COULDN'T EVEN GET JUDGE SCHIPPER, WHO ORDERED ME TO BE ON THE MEDICATION, TO HELP.

I INCREASINGLY BECAME TERRIFIED OF BEING HELD WITHOUT DUE PROCESS IF I WAS SENT BACK TO THE PSYCHIATRIC HOSPITAL AGAIN. FOR NOT BEING ON ALL THE MEDICATIONS I AM REQUIRED TO BE TAKING TO BE COMPETENT TO STAND TRIAL. ON NOVEMBER 9th, 2021 I SENT ONE LAST KITE TO PLEAD WITH THEM ONE LAST TIME. THIS TIME MY KITE WENT COMPLETELY IGNORED.

AS OF THIS WRITING ON DECEMBER 6th, 2021 I STILL HAVE NOT BEEN SEEN BY DR. MESSENGER NOR HAVE I BEEN GIVEN ALL THE MEDICATIONS REQUIRED FOR COMPETENCY DESPITE JUDGE SCHIPPER HOLDING A PROBATION VIOLATION HEARING AGAINST ME WHILE I AM INCOMPETENT BY THE JUDGE'S OWN ORDER. I HAVE SUFFERED SEVERE ANXIETY, FEAR AND MENTAL ANGUISH UNNECESSARILY AT THE HANDS OF THESE MEN AND THIS FACILITY AND HAVE BEEN TREATED AS IF I AM SUB-HUMAN AND THAT I DON'T DESERVE TO BE GIVEN THE SAME MEDICAL TREATMENT AS ANY OTHER U.S. CITIZEN SIMPLY BECAUSE I AM BEING HELD PRISONER. I HUMBLY ASK THAT THE COURT HEARS MY CASE AND PLEA FOR RELIEF.

RESPECTFULLY SUBMITTED,

*[signature]*

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I FIRST REQUEST PUNITIVE DAMAGES AGAINST THE DEFENDANTS SO THAT THIS WON'T HAPPEN TO ANOTHER PERSON IN THIS COUNTY. SECOND, I ASK THAT I BE AWARDED COMPENSATORY DAMAGES IN THE AMOUNT OF $10,000,000.00 FOR THE FEAR, HUMILIATION AND EXTREME MENTAL ANGUISH I HAVE SUFFERED AT THE HANDS OF THESE MEN. THANK YOU.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☒ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

12/06/2021
Date

Jeff Snowden
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

J. SNOWDEN
1212 W. STATE ST.
HASTINGS, MI 49058

CLERK OF THE UNITED STATES
DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503

